IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

LATOYA MONROE                         :
                                      :
           Plaintiff                  :
                                      :    CIVIL ACTION NO. 10-0047
     vs.                              :
                                      :
EASTON AREA SCHOOL DISTRICT           :
                                      :
           Defendant                  :
_____   :

## ORDER

**AND NOW**, this 3rd day of March, 2011, upon consideration of Defendant's Motion in Limine to Preclude Report and Testimony of Andrew C. Verzilli, M.B.A. (Docket No. 18) filed February 1, 2011; upon consideration of Plaintiff's Response in Opposition to Defendant's Motion in Limine to Preclude [The] Report and Testimony of Andrew C. Verzilli, M.B.A. (Docket No. 22) filed February 15, 2011; upon consideration of the respective briefs of the parties; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that the motion in limine is **DENIED**.

BY THE COURT:


 */s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge